UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-00211-FDW-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | ORDER |
| JOHNATHAN PIERRE CRAWFORD, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court *sua sponte* following review of the pleadings on Defendant's Motion for Compassionate Release/Reduction of Sentence. The Court previously directed the Government to respond to Defendant's motion and inform the Court on Defendant's vaccination status. (Doc. No. 23). The Government's response *only* provided information on Defendant's vaccination status and medical records. The Court hereby DIRECTS the Government to supplement its response with any arguments and/or concessions on the merits of Defendant's motion no later than fourteen (14) days from the date of this Order. Defendant shall have up to twenty-one (21) days after service of the Government's supplemental response to submit a supplemental brief containing any final arguments or evidence in support of his motion.

    **IT IS SO ORDERED.**

Signed: November 4, 2021

Frank D. Whitney
United States District Judge